*12877-511*

*11668473*
US MARSHALS SERVICE NTX
FORT WORTH

2024 MAY -1 A 10:06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MAY 20 2024 AM 9:51
FILED-USDC-NDTX-FW

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:24-MJ-306 |
| CHRISTOPHER REINHARD BROWN (01) | |

### WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CHRISTOPHER REINHARD BROWN**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Commit Wire Fraud**, a violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this 23rd day of April 2024.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 4/23/24 | NAME AND TITLE OF ARRESTING OFFICER: R. Ferrill DUSM | SIGNATURE OF ARRESTING OFFICER: [signature] |
|---|---|---|
| DATE OF ARREST: 5/2/24 | | |