# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CRIMINAL NO. 4:24-CR-00126-P** |
| § | |
| **CHRISTOPHER REINHARD BROWN** § | |

## UNOPPOSED MOTION FOR LATE CONSIDERATION OF ADDITIONAL CHARACTER LETTERS

**TO THE HONORABLE JUDGE MARK T. PITTMAN:**

**COMES NOW**, Defendant **CHRISTOPHER REINHARD BROWN**, by and through his counsel, Brett D. Boone, and moves the Court to grant late consideration of additional character letters as requested herein and in support thereof would show as follows:

**I.**

Defense counsel did not receive the additional character letters until after the deadline for delivering same had passed. Sentencing in this matter is scheduled for Thursday, November 7, 2024. Late consideration will not prejudice any party in this matter

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant this motion in all things.

Respectfully submitted,
/s/ Brett D. Boone
BRETT D. BOONE
6205 Airport Freeway
Fort Worth, Texas 76117
(817) 831-0100
(817) 831-0537 Facsimile
Email: bboone@flash.net
State Bar No: 02626800
ATTORNEY FOR BROWN

**CERTIFICATE OF CONFERENCE**

On October 21, 2024, the undersigned counsel conferred with Ms. Brandie Wade, Assistant U.S. Attorney regarding the foregoing Motion and she is unopposed.

    /s/ Brett D. Boone
BRETT D. BOONE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Ms. Brandie Wade, Assistant United States Attorney.

    /s/ Brett D. Boone
BRETT D. BOONE