# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### *FORT WORTH DIVISION*

CHRISTOPHER REINHARD BROWN
Plaintiff

4:24-CR-00126-P
CASE NUMBER

v.

UNITED STATES OF AMERICA
Defendant

MARK T. PITTMAN
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that  CHRISTOPHER REINHARD BROWN
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

judgment and sentence
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on   November 7, 2024.
(Date)

Date   November 12, 2024

Attorney/Pro Se Litigant Signature   /s/ Christopher R. Brown

Print Name   CHRISTOPHER REINHARD BROWN, Reg #: 12877-511
Address   FMC Fort Worth; P. O. Box 15330
City, State, Zip   Fort Worth, Texas 76119
Telephone   none